DEC 10 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 DEC 13 P 2:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

United States of America :                    Criminal No: 302
   Respondents :                        cr 192   (SRU)

              Docket No: 302 cr
     V.          00192 (SRU)

Peter G. Telesco
   Petitioner :

Motion to reply to government response pursuant to 28 USC Section 2255

Now comes petitioner, Peter G. Telesco, (Mr. Telesco) a prisoner at the United States F.C.I. Otisville, New York submits this reply brief.

Herein the petitioner concedes to the government facts that he did sign a waiver not to appeal or attack a sentence under 28 U.S.C. 2255. The petitioner reads into the government response as being true and would like to withdraw his 28 U.S.C. 2255 or denied the claim of ineffective assistance of counsel and save the court valuable time. The petitioner is noted to acceptance of responsibility for his plea of guilty, but at the same time is a little upset that he was told by his attorney Richard Reeve that if he plead guilty to Count 3 of a 4 count indictment, Count 1,2 and 4 and also his wife's (Nicole Telesco) obstruction of justice charge would have been thrown out. In the same matter that my agreement was to waive all appeals it was also agreed upon that my wife's case would have been thrown out and from my knowledge it is still open today. I would like for the government to hold its end of the deal as well as I concede to what I signed as a waiver of

my rights to attack this sentence.

### Conclusion

Mr. Telesco concedes to the government facts and moves this court to deny or withdraw his claim, and for this court to acknowledge also his wife's case was a part of his plea and the case is still open to my knowledge.

### Certificate of service

I hereby certify that this motion has been sent first class mail on 12.7.2004 to address below:

AUSA Peter S. Jonbloed
157 Church Street 23rd Floor
New Haven, Ct 06510

Respectfully submitted

Mr. Peter G. Telesco
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

*[signature: Peter D. Telesco]*