JAN 1 8 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 FEB -2  A 9:44

United States of America,

v                                         No. 3:02CR00192 (SRU)

Peter G. Telesco.

US DISTRICT COURT
BRIDGEPORT, CONN

### Motion for Return of Property

Peter G. Telesco moves in the above captioned case, pursuant to Fed.R. Crim.P. 41(e), seeking the return of his non contraband personal property seized during proceedings in case at hand.

In support of his motion Telesco represents that he is legally entitled to the seized non contraband property and, he also attached hereto his affidavit as reference to be included as part of this motion.

PETER G. TELESCO #14737-014
P.O. BOX 1000
OTISVILLE, NEW YORK  10963

Service:

A copy hereof was mailed to the US Attorney's Office on this 11th Day of January of 2005.

PETER G. TELESCO #14737-014