UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

United States of America,

v   No. 3:02CR00192 (SRU)

Peter G. Telesco

## Affidavit

I, PETER G. TELESCO, in support of my motion for return of my non-contraband personal property say:

I am the defendant in above captioned case; wherein on July 2, 2002, two warrants were issued: one for my arrest and the other for search and seizure in my residence. The warrants when were executed produced several items of my personal property. Which were legally acquired and since the criminal case against me has been completed; I respectfully request the return of my personal property to which I am entitled.

PETER G. TELESCO #14737-014

STATE OF NEW YORK
                : SS
COUNTY OF ORANGE

PETER G. TELESCO appeared before me, on this \_\_\_th day of January of 2005, and sworn and signed to the veracity of this affidavit.

NOTARY PUBLIC

DANIELLE M. SPERRY
NOTARY PUBLIC-STATE OF NEW YORK
No. 4966087
Qualified in Orange County
Commission Expires April 30, 2006