UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:02CR192(SRU) |
| PETER G. TELESCO | : | |
| _____ | | June 1, 2007 |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO RETURN SEIZED PROPERTY

The Government respectfully submits this response to the defendant's motion for return of non-contraband property seized pursuant to search warrants in the captioned criminal case. The Government represents that it has returned to the defendant's wife those items he has sought returned, including financial records. Government counsel understands from speaking with the defendant's former attorney that no additional property is at issue. Government counsel has been unsuccessful in speaking with the defendant, who now represents himself pro se and who is in prison, to determine if he is still seeking the return of any items. The Government respectfully suggests that if there are other items still at issue, then the defendant should notify the Court, in writing, with a copy to the Government, what remaining items he seeks returned.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct03192
157 Church Street
New Haven, Connecticut  06510
(203) 821-3700

-2-

## CERTIFICATION

This is to certify that on June 1, 2007 a copy of the foregoing Government's Response was mailed, postage prepaid, to:

Peter G. Telesco #14737-014
USP Canaan
P.O. Box 300
Waymart, PA   18472

Richard A. Reeve, Esq.
130 Orange Street, Suite 301
New Haven, Connecticut 06510
(Fax 203 787-9031)

_____
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY